United States District Court
Southern District of Texas
**ENTERED**
June 25, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSS DRESS FOR LESS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-978 |
| | § | |
| ML DEVELOPMENT LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER

ML Development must provide responses to Ross's written discovery requests **by July 6, 2020**, before taking depositions. ML Development must move for summary judgment **by August 31, 2020**; Ross must respond and cross-move **by September 21, 2020**; and ML Development must respond **by October 12, 2020**. A motion hearing is set for **October 19, 2020, at 9:00 a.m.**

SIGNED on June 25, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge