# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 13, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-20081   Ross Dress for Less v. ML Devel
                 USDC No. 4:20-CV-978

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 13 2021

NATHAN OCHSNER
CLERK OF COURT

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. Paul Richard Genender
Ms. Misty Annette Hataway-Cone'
Mr. Nathan Ochsner
Mr. Zachary Tripp
Mr. Nathaniel David White

No. 21-20081

# United States Court of Appeals
## for the
# Fifth Circuit

ROSS DRESS FOR LESS, INC.,

*Plaintiff-Appellant,*

v.

ML DEVELOPMENT LP,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION, NO. 4:20-CV-978
HONORABLE LEE H. ROSENTHAL, CHIEF JUDGE

## PLAINTIFF-APPELLANT'S MOTION TO SUPPLEMENT THE RECORD ON APPEAL

PAUL R. GENENDER
NATHAN WHITE
MEGAN CLOUD
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-7700

ZACHARY D. TRIPP
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, D.C. 20036
(202) 682-7000

AARON J. CURTIS
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Counsel for Plaintiff-Appellant*

Pursuant to Federal Rule of Appellate Procedure 27, Appellant Ross Dress for Less, Inc. respectfully moves to supplement the record on appeal with two additional documents concerning jurisdiction. On March 2, 2021, this Court asked the parties to "brief whether complete diversity exists amongst the parties to this appeal." Briefing Notice, Mar. 2, 2021, ECF No. 00515763016. This Court may take judicial notice of "public filings with state agencies" that are relevant to the jurisdictional inquiry. *See Midcap Media Fin., LLC v. Pathway Data, Inc.*, 929 F.3d 310, 315 (5th Cir. 2019) (citing FED. R. EVID. 201(b)).

As an unincorporated entity, Appellee ML Dev LP's citizenship is based on the citizenship of each of its partners. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079-80 (5th Cir. 2008). ML Dev's partners have publicly filed two documents with the Texas Secretary of State that would assist this Court in its jurisdictional inquiry. The first document is Window Dev GP LLC's Texas Franchise Tax Public Information Report, a true and correct copy of which is attached as Exhibit A. The second document is the Magness Family Partnership LP's Texas Franchise Tax Public Information Report, a true and correct copy of which is attached as Exhibit B. Ross obtained these documents from the Secretary of State Online Access system.

Ross has contacted ML Dev's counsel, and ML Dev does not oppose this motion.

For the foregoing reasons, Ross respectfully requests that this Court supplement the record on appeal with the documents attached hereto.

May 12, 2021

Paul R. Genender
Nathan White
Megan Cloud
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-7700
paul.genender@weil.com
nathan.white@weil.com
megan.cloud@weil.com

Respectfully submitted,

By: /s/ *Zachary D. Tripp*
Zachary D. Tripp
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, D.C. 20036
(202) 682-7000
zack.tripp@weil.com

Aaron J. Curtis
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
aaron.curtis@weil.com

*Counsel for Ross Dress for Less, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2021, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system. I further certify that all parties are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

/s/ *Zachary D. Tripp*
Zachary D. Tripp

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 252 words. This motion also complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

May 12, 2021                          /s/ *Zachary D. Tripp*
                                      Zachary D. Tripp
                                      WEIL, GOTSHAL & MANGES LLP
                                      2001 M Street, NW, Suite 600
                                      Washington, DC 20036
                                      (202) 682-7000
                                      zack.tripp@weil.com

                                      *Counsel for Ross Dress for Less, Inc.*

# EXHIBIT A



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196 Franchise

| Taxpayer number | Report year | |
|---|---|---|
| 3 2 0 3 3 9 0 9 7 3 3 | 2 0 1 8 | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |

| Taxpayer name | WINDOW DEV GP LLC | ● Blacken circle if the mailing address has changed. |
|---|---|---|
| Mailing address | 5810 DIEMER RD | Secretary of State (SOS) file number or Comptroller file number |
| City | BROOKSHIRE | State TX | ZIP code plus 4 77423 | 800882370 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 2310 BAKER RD HOUSTON, TX 77094 |
| Principal place of business | 2310 BAKER RD HOUSTON, TX 77094 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.   3203390973318

| Name | Title | Director | Term expiration m m d d y y |
|---|---|---|---|
| MIKE MAGNESS | MM | ○ YES | |
| Mailing address 2310 BAKER RD | City HOUSTON | State TX | ZIP Code 77094 |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file (see instructions if you need to make changes) | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: MIKE MAGNESS | |
| Office: 2310 BAKER RD | City HOUSTON | State TX | ZIP Code 77094 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ /s/ MM | Title MM | Date 2-1-18 | Area code and phone number (281) 802-9414 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

# EXHIBIT B

Case 4:20-cv-00978   Document 66   Filed on 05/13/21 in TXSD   Page 10 of 11



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196 Franchise

■ **Taxpayer number**: 3 2 0 3 5 5 0 6 4 0 4

■ **Report year**: 2 0 1 9

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name**: MAGNESS FAMILY PARTNERSHIP LP

○ Blacken circle if the mailing address has changed.

**Mailing address**: 2310 BAKER RD
**City**: HOUSTON   **State**: TX   **ZIP code plus 4**: 77094

**Secretary of State (SOS) file number or Comptroller file number**: 0800414353

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**: 2310 BAKER RD, HOUSTON, TX, 77094 3119
**Principal place of business**: 2310 BAKER RD, HOUSTON, TX, 77094 3119

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| JULIE A MAGNESS | | ○ YES | |
| Mailing address: 5810 DIEMER RD | City: BROOKSHIRE | State: TX | ZIP Code: 77423 |
| MICHAEL B MAGNESS | | ○ YES | |
| Mailing address: 5810 DIEMER RD | City: BROOKSHIRE | State: TX | ZIP Code: 77423 |
| JULIE A MAGNESS | | ○ YES | |
| Mailing address: 5810 DIEMER RD | City: BROOKSHIRE | State: TX | ZIP Code: 77423 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
Agent: **MIKE MAGNESS**
Office: **2310 BAKER RD**   City: **HOUSTON**   State: **TX**   ZIP Code: **77094**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶ MIKE MAGNESS   **Title**: GENL PARTNER   **Date**: 09/10/2019   **Area code and phone number**: ( 281 ) 802 - 9417

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196 Franchise

| Taxpayer number | Report year |
|---|---|
| 3 2 0 3 5 5 0 6 4 0 4 | 2 0 1 9 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | MAGNESS FAMILY PARTNERSHIP LP | ○ Blacken circle if the mailing address has changed. |
|---|---|---|
| Mailing address | 2310 BAKER RD | Secretary of State (SOS) file number or Comptroller file number |
| City | HOUSTON | State TX | ZIP code plus 4  77094 | 0800414353 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 2310 BAKER RD, HOUSTON, TX, 77094 3119 |
|---|---|
| Principal place of business | 2310 BAKER RD, HOUSTON, TX, 77094 3119 |

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration mm dd yy |
|---|---|---|---|
| MICHAEL B MAGNESS | | ○ YES | |
| Mailing address 5810 DIEMER RD | City BROOKSHIRE | State TX | ZIP Code 77423 |
| Name | Title | Director ○ YES | Term expiration mm dd yy |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration mm dd yy |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Agent: | MIKE MAGNESS | | | |
|---|---|---|---|---|
| Office: | 2310 BAKER RD | City HOUSTON | State TX | ZIP Code 77094 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | MIKE MAGNESS | Title GENL PARTNER | Date 09/10/2019 | Area code and phone number ( 281 ) 802 - 9417 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

VE/DE ○     PIR IND ○