

United States Courts
Southern District of Texas
FILED

March 14, 2022

Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 18, 2022

Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on **Mar 13, 2022**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-20081

---

ROSS DRESS FOR LESS, INCORPORATED,

*Plaintiff—Appellant*,

versus

ML DEVELOPMENT, L.P.,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-978

---

Before BARKSDALE, ENGELHARDT, and OLDHAM, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, judgment is RENDERED for Ross, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 21-20081

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 14, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 21-20081   Ross Dress for Less v. ML Devel  
                       USDC No. 4:20-CV-978

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  *Dawn Shulin*  
                             By: _____  
                             Dawn M. Shulin, Deputy Clerk  
                             504-310-7658

cc w/encl:  
    Mr. Aaron J. Curtis  
    Mr. Paul Richard Genender  
    Ms. Misty Annette Hataway-Cone'  
    Mr. Zachary Tripp  
    Mr. Nathaniel David White