*EXHIBIT 2*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROSS DRESS FOR LESS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| | § | 4:20-cv-00978 |
| ML DEVELOPMENT LP, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF DANIEL LAMPERT

I, Daniel Lampert, declare the following pursuant to 28 U.S.C. § 1746:

1. I am over eighteen years of age, of sound mind, and have never been convicted of a felony or offense involving moral turpitude. I am competent in all respects to make this declaration ("**Declaration**"). I make this Declaration based on my personal knowledge in support of Ross's Supplement in Support of Plaintiff's Motion for Attorneys' Fees and Expenses.

2. I am the Director of Revenue Operations at Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"). I have served in this position since March 2020. Together with others at Weil and subject to Weil Management Committee review and approval, I am responsible for, among other things, setting the hourly rates of attorneys and support staff and ensuring that those rates are reasonable and consistent with market standards.[1]

3. To ensure that Weil's billing rates are consistent with market standards, the Firm considers multiple factors, including, among other things, non-public data about rates at similarly situated competitor firms. One source of such non-public data is the Revenue Management Report

---

[1] Billing rates for partners and counsel are set on an individual basis. Billing rates for associates are set on the basis of years of experience.

published by PricewaterhouseCoopers ("**PWC**"). PWC's Revenue Management Report is created based on data collected from PWC's proprietary Billing Rate & Associate Salary Survey ("**BRASS**"). BRASS collects billing rate information of attorneys and staff from subscribing law firms across the nation. Weil is a recipient of PWC's 2021 Revenue Management Report (the "**PWC Report**"). In generating a report for hourly billing rates, the results compiled from BRASS can be limited by the calendar year, type of practice (*i.e.*, litigation, corporate, etc.), locality, and law firm.

4. Attached as **Exhibit A** to this Declaration, and fully incorporated herein, are true and correct excerpts of the PWC Report that I requested be generated from the data collected by BRASS. In generating the PWC Report, I limited the results to: attorneys and staff practicing non-IP litigation in the city of Houston, Texas for the calendar year 2021. I further limited the results to the following Houston-specific Peer Firm Group: Gibson, Dunn & Crutcher LLP; Baker Botts L.L.P.; Vinson & Elkins LLP; Latham & Watkins LLP; Kirkland & Ellis LLP; Quinn, Emanuel, Urquhart & Sullivan, LLP; Hunton Andrews Kurth LLP; Akin, Gump, Strauss, Hauer & Feld LLP; Jones Day; and Shearman & Sterling LLP. Although the PWC Report is for the 2021 calendar year and contains 2021 hourly billing rates, it is based primarily on 2020 data.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2022, in New York, New York.

Daniel Lampert

2

# EXHIBIT 2-A

## EXCERPTS OF THE PRICEWATERHOUSECOOPERS, 2021 REVENUE MANAGEMENT REPORT

## FILED UNDER SEAL